Christopher A. Prine
Clerk of the Court.
Court of Appeals First District
301 Famin Street, Houston Texas
77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE

CLERK _____ CM

From: Johnniel Ferguson Jr.
#    1685061 TDCJ
      Coffield Unit
      2661 FM 2054
      Tennessee Colony, Tx 75884

RE: Court of Appeals Numbers 01-10-01095-CR, 01-10-01096 CR
      Trial Court Case Numbers 1147702, 1167538

      I'm requesting prepayment cost fee for the following.
      1.) Reporters Records
      2.) Clerks Records
      3.) State Brief filed

                              Truly yours

                              4. Johnniel Ferguson Jr

                              Johnniel Ferguson #1685061

Johnnie Ferguson Jr.
#1685061 TDCJ
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

NORTH TEXAS TX PBDC
DALLAS TX 750
31 MAR 2015 PM 7 L

7700220699

USA
FOREVER

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-
2066